# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEREMY SPARKS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN NICHOLS and )<br>NELSON BROTHERS, LLC )<br>)<br>Defendants. ) | CASE NO.: 4:24-cv-00654-HEA<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

COME NOW Tyler J. Merkel and Wilson Elser Moskowitz Edelman & Dicker, LLP and enter their appearance on behalf of Defendants Kevin Nichols and Nelson Brothers, LLC in the above-styled case.

Respectfully submitted,

WILSON ELSER MOSKOWITZ
  EDELMAN & DICKER LLP

By: */s/ Tyler J. Merkel*
  Daniel E. Tranen, #48585 (MO)
  Tyler J. Merkel, #65034 (MO)
  7777 Bonhomme Ave, Suite 1900
  St. Louis, Missouri 63105
  (314) 930-2860
  daniel.tranen@wilsonelser.com
  tyler.merkel@wilsonelser.com
  *Attorneys for Defendants*

296952036v.2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using ECF system on this 15th day of May, 2024, which shall send a notice of electronic filing to all counsel of record.

*/s/ Tyler J. Merkel*

296952036v.2