**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JEREMY SPARKS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:24-cv-00654 |
| vs. ) | |
| ) | |
| KEVIN NICHOLS, et Al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE**

COMES NOW Joseph Ott, Ott Law Firm, and hereby provides notice pursuant to the Court's May 17 Order Setting Rule 16 Conference that he will be participating Court's Rule 16 Scheduling Conference via telephone at 314-303-9360.

Respectfully submitted,

**OTT LAW FIRM**

_____
Joseph A. Ott, #67889
Mark E. Blankenship Jr., #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
*Attorneys for Plaintiff*