**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| JEREMY SPARKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 4:24-cv-00654-HEA |
| | ) | |
| KEVIN NICHOLS and | ) | |
| NELSON BROTHERS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT PROPOSED SCHEDULING PLAN**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-3.01, Plaintiff Jeremy Sparks ("Plaintiff") and Defendants Kevin Nichols & Nelson Brothers LLC ("Defendants") by and through counsel, submit this Joint Proposed Scheduling Plan. The parties have met and conferred to discuss the case and the possibility of settlement, and to formulate this plan.

1. The parties agree this matter is appropriately assigned to **Track 2**.

2. Any motion to join additional parties or to amend pleadings will be filed on or before **July 10, 2024**.

3. The parties believe this case is suitable for early alternative dispute resolution ("ADR"). The case shall be referred to ADR by July 30, 2024, and that reference shall terminate on August 31, 2024. The parties have agreed to the appointment of _____ _____. The parties have agreed to negotiate in good faith prior to the mediation date, and may request a termination of the ADR referral if the parties are too far apart.

4. Discovery shall proceed in the following manner:

1

(a) The parties agree that electronically stored information ("ESI") will be furnished in paper, native, or PDF format, unless another format is otherwise agreed upon. To the extent electronic discovery is sought, the parties agree:

    (i) They may submit all discovery responses in electronic format;

    (ii) Prior to conducting any ESI discovery, the parties shall meet and confer on a list of custodians and search terms;

(e) The parties shall make all disclosures required by Rule 26(a)(1) no later than **July 2, 2024**;

(f) Discovery should not be limited to certain issues or conducted in phases;

(g) Experts:

    (i) Plaintiff's experts shall be designated and reports submitted by **January 3, 2025**, and deposed by **February 7, 2025**; and

    (ii) Defendant's experts shall be designated and reports submitted by **March 28, 2025**, and deposed by **May 2, 2025**.

(h) The presumptive limits of ten (10) depositions as set forth in Fed. R. Civ. P. 30(a)(2)(A) and twenty-five (25) interrogatories as set forth in Fed. R. Civ. P. 33(a) should not be varied;

(i) The parties anticipate that a request for physical or mental examinations pursuant to Fed. R. Civ. P. 35 will be made. Should either party make a request for a physical or mental examination, such request shall be made by **February 14, 2024**;

(j) All discovery will be completed by **July 25, 2025**. The parties agree any written interrogatories or request for production shall be served by **June 24, 2025**,

2

a date which allows the served parties a full thirty (30) days as provided by the

Federal Rules of Civil Procedure in which to answer or produce by the discovery

cut-off date; and

(k) The parties are aware of no other matter pertinent to the completion of

discovery at this time.

5. Dispositive Motions:

(a) Any dispositive motions will be filed on or before **August 15, 2025**;

(b) In accordance with Eastern District of Missouri Local Rule 7-4.01(f), any

response in opposition to a motion for summary judgment will be filed twenty-

one (21) days later; and

(c) Any Reply brief shall be filed seven (7) days after the memorandum in

opposition is filed.

6. The parties believe the date by which this case should be reasonably ready for trial is

**November 3, 2025**.

7. The parties believe the estimated length of time to try the case to verdict is three (3)

days.

8. The parties are unaware of any other matter to be included in the Joint Proposed

Scheduling Plan.


Respectfully submitted,

**OTT LAW FIRM**

Joseph A. Ott, #67889
Mark E. Blankenship Jr., #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone:  (314) 293-3756
Facsimile:   (314) 689-0080
joe@ott.law
mark@ott.law
*Attorneys for Plaintiff*


Respectfully submitted,

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**


*/s/ Tyler J. Merkel*
Daniel E. Tranen, #48585 (MO)
Tyler J. Merkel, #65034 (MO)
7777 Bonhomme Ave, Suite 1900
St. Louis, Missouri 63105
(314) 930-2860
daniel.tranen@wilsonelser.com
tyler.merkel@wilsonelser.com
*Attorneys for Defendant*