UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEREMY SPARKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:24CV654   HEA ) |
| KEVIN NICHOLS, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the scheduling conference pursuant to Fed.R.Civ.P. 16, is vacated.   The Case Management Order will be issued based on the dates provided by the parties in their Joint Proposed Scheduling Plan.

Dated this 12th day of June, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE