UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Jeremy Sparks

      Plaintiff(s),

vs.

Kevin Nichols;
Nelson Brothers, LLC

      Defendant(s).

Case No. 4:24-cv-00654-HEA

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated August 30, 2024 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Thomas J. Plunkert

Firm Name and Address:
Leritz & Plunkert, PC
555 Washington Avenue
St. Louis
MO
63101

Telephone & FAX Number: 314-231-9600; 314-231-9480

**The attorneys of record in this case are:**

Name of Lead Counsel: Joseph A. Ott

Firm Name and Address:
Ott Law Firm
3544 Oxford Blvd
Maplewood, MO 63143

Telephone & FAX Number: 314-293-3756; 314-689-0080

Name of Other Counsel: Daniel E. Tranen

Firm Name and Address:   Wilson Elser LLP - St. Louis
7777 Bonhomme Avenue
Suite 1900
St. Louis, MO 63105

Telephone & FAX Number:   314-930-2877

**The completion deadline for this ADR referral is**  August 30, 2024

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:   TBA                                                                 2024

Time of Conference:   TBA                                                                 a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location:   TBA

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

August 30, 2024                              Joseph A. Ott
Date                                                
                                             Mark Edward Blankenship Jr.
                                             Signature of Plaintiff(s)

                                             Daniel E. Tranen
                                             
                                             Tyler John Merkel
                                             Signature of Defendant(s)