**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JEREMY SPARKS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 4:24-cv-00654-HEA |
| ) | |
| KEVIN NICHOLS and ) | |
| NELSON BROTHERS, LLC ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW Mark E. Blankenship Jr., an attorney at Ott Law Firm, and hereby enters his appearance on behalf of Plaintiff in the above captioned matter.

Respectfully submitted,

**OTT LAW FIRM**

_/s/ Mark Edward Blankenship Jr._
Mark E. Blankenship Jr., #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
mark@ott.law
*Attorneys for Plaintiff*